| | |
|---|---|
| DISTRICT COURT, <br> JEFFERSON COUNTY, COLORADO <br><br> 1st Judicial District Court <br> Jefferson County Court & Administrative Facility <br> 100 Jefferson County Parkway <br> Golden, CO  80401-6002 <br><br> _____ <br> **Plaintiff(s):** <br> DAVID FALK <br><br> v**.** <br><br><br> **Defendant(s):** <br> PUBLIC SERVICE MUTUAL INSURANCE COMPANY | ▲ COURT USE ONLY ▲ <br> _____ <br><br> Case No. 11CV2825 <br><br> Division 12 <br><br> Courtroom 5-D |
| **DIVISION 12 PROCEDURE ORDER** | |

THIS MATTER WAS FILED IN Division 12 of the Jefferson County District Court on June 30, 2011.  The Court, having reviewed the Court file, status of the case, applicable rules and law, hereby issues the following Order regarding procedure.

      Parties shall file either a Case Management Order or a Certificate of Compliance with the Presumptive Case Management Order within 45 days **from the date of this Order** or show cause in writing why this case is not at issue.  If a party appears *pro se*, the court shall conduct a Case Management Conference on the record and issue a Case Management Order as provided by C.R.C.P. 16(b)(1).

      In all cases and especially if a Modified Case Management Order is necessary, in compliance with the provisions of C.R.C.P. 16(b)(1), the following provisions apply:

      A.  Trial Setting  The parties shall set for the trial date or a Notice to Set stating the date by which the parties will contact the Court to schedule the trial.  Trial shall be set within 1 year of the case being filed.  A Notice to Set shall give all parties at least ten days notice prior to contacting the clerk.  A copy of this Notice to Set must be sent to all parties involved in the case, as well as the Court.  After filing the notice to Set, the Plaintiff will contact the Division Clerk.  The clerk's normal setting hours are Wednesday through Friday 10:00 a.m. until 12:00 p.m. at (303) 271-6318.  Once the Plaintiff has received proposed dates from the Division Clerk, the Plaintiff will clear dates with the other parties to the case.  The Plaintiff will then contact the Clerk and confirm the trial date.  Afterwards, Plaintiff will send out a Notice of Trial Date to all parties.  If necessary, the same procedure will be used to set the date for a Trial Management Conference.  The setting of these matters shall take place no later than thirty (30) days from the

filing of the parties' Case Management Order.  The parties shall also acknowledge a duty to immediately inform the clerk by telephone if the parties reach a settlement or the status of the trial changes.

      B.  Pleadings:  the parties shall be concise in their pleadings.  The parties **shall not combine pleading** (i.e., do not file a Motion to Compel and a Motion for Protective Order in the same document).  It is also unacceptable to file a Motion and a Response or a Response and a Reply in the same document .  The parties shall not file counter-motions (i.e., Motion to Compel and Motion to Strike Motion to Compel).  Once a motion is filed, the parties may submit a "Response" and then a "Reply."  A party is allowed 18 days to file a response after the filing of a motion, a reply is allowed within 10 days of the filing of a response.

      The parties shall not file supplemental pleadings (i.e., supplemental response, surreply, etc.) **without Court permission**.  C.R.C.P. 121 § 1-15.  All motions shall contain a statement that the Movant in good faith has conferred with opposing counsel about the motion.  C.R.C.P. 121 § 1-15(8).  The parties shall submit a proposed order **with each motion.**  A party's failure to comply with these provisions will result in the Court's refusal to accept the pleading.

      The Court will mail orders to the Plaintiff, Petitioner or moving party if a self-addressed, stamped envelope is submitted with the applicable pleading.  If an envelope is not submitted, the Court will Fax its order to the Plaintiff, Petitioner or the moving party.  In all cases, the party that receives an order is responsible for mailing the order to all interested parties.

      C.  Extension of Time:  Motions for Extension of Time are discouraged as they take up significant staff time.  Parties unable to meet a deadline must promptly notify the opposing party prior to the deadline to resolve matters via stipulation.  Otherwise, the non-complying party shall file a motion (and accompanying form of order) prior to the missed deadline.  The motion shall clearly set forth the reason(s) for non-compliance and a specific plan to cure the problem.  The objecting party shall promptly file a response.  Prejudice must be pled with specificity.

      D.  Pre-Trial Motions:  All motions for summary judgment and dismissal shall be filed no later than seventy-five (75) days prior to trial.  All motions *in limine* and other pre-trial motions shall be filed no later than forty-five (45) days prior to trial.  All *Shreck* motions shall be filed no later than forty-five (45) days prior to trial.  *People v. Shreck*, 22 P.3d 68 (Colo. 2001).  Within their Case Management Order, the parties shall set forth a statement of pending motions and a schedule for filing anticipated motions not mentioned above.

      E.  Motions to Continue:  All Motions to Continue, even those which are stipulated, shall be decided by the Court.  C.R.C.P. 121 § 1-11.  A contested Motion to Continue will be decided the morning of the trial unless it is ripe at least five (5) days prior to the trial date.  All parties shall be prepared to proceed to trial unless a continuance is granted.

      F.  Settlement:  The parties shall affirm that they have discussed settlement and shall set forth their plans for future efforts to settle the case.  C.R.C.P. 16(b)(1)(VII).

  G. The parties and counsel shall observe the Case Management Order as its provisions will be strictly enforced by the Court.  **The time limits stated in this Order shall apply to each case regardless of differences with the parties' own Case Management Order.** Failure to comply with the provisions of the Case Management Order or any other Order of the Court may result in the issuance of sanctions or dismissal of the case.

  **Counsel/Plaintiff is ordered to send a copy of this Order to all interested pro-se parties within 48 hours and is to file a Certificate of Compliance with the Court within five (5) days.**

  Dated in Golden, Colorado, this 27th day of July 2011.

          BY THE COURT:

          */s/ Philip J. McNulty*
          _____
          PHILIP J. MCNULTY
          District Court Judge