IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01946-RPM

DAVID FALK,

     Plaintiff,

v.

PUBLIC SERVICE MUTUAL INSURANCE COMPANY,

     Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

     The motion to vacate the September 16, 2011, scheduling conference [7] is granted. The conference is **rescheduled for September 29, 2011, at 2:00 p.m.** Counsel shall submit the proposed scheduling order in paper form directly to Chambers no later than **4:00 p.m. on September 22, 2011.**

DATED: August 5, 2011