IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01946-RPM

DAVID FALK,

    Plaintiff,

v.

PUBLIC SERVICE MUTUAL INSURANCE COMPANY

    Defendant.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
_____

The Court having read and considered Defendant's Stipulated Motion to Dismiss with Prejudice, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, each party to bear their own costs and fees.

SO ORDERED THIS 30th DAY OF November, 2011.

BY THE COURT:

**s/Richard P. Matsch**
_____
Richard P. Matsch, Senior Judge